UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CIVIL CASE NO. 6:07-89-KKC

MARIO D. MILES,                                                                                               PETITIONER,

vs.                                                            **ORDER**

JOHN REES,
MICHAEL R. JONES,
COMMONWEALTH OF KENTUCKY, and
STATE OF TENNESSEE,                                                                               RESPONDENTS.

\* \* \* \* \* \* \* \*

On March 15, 2007, Pro Se Petitioner, Mario Miles, filed a petition for writ of habeas corpus [Rec. No. 1]. Consistent with local practice, this matter was referred to the United States Magistrate Judge for consideration.

The Magistrate Judge filed a proposed report and recommendation on April 18, 2007. Based on a review of the record and the applicable case law, the Magistrate Judge concluded that the petition should be dismissed without prejudice for failure to exhaust available state remedies. The Petitioner made no objections to the report and recommendation.

Accordingly, the Court, being otherwise fully and sufficiently advised, **HEREBY ORDERS** that:

(1)   the Magistrate Judge's report and recommendation [Rec. No. 2] is **ADOPTED** as and for the opinion of the Court;

(2)   the petition for writ of habeas corpus [Rec. No. 1] is **DISMISSED WITHOUT PREJUDICE**; and

(3)   judgment will be entered contemporaneously with this opinion and order.

This the 15th day of May, 2007.



Signed By:

_Karen K. Caldwell_   KKC
**United States District Judge**